IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **QUANTUM IMAGING LLC,**<br>***Plaintiff,***<br><br>***v.***<br><br>**SONY INTERACTIVE ENTERTAINMENT INC., SONY INTERACTIVE ENTERNAINMENT LLC, AND BLUEPOINT GAMES, INC.,**<br>***Defendants.*** | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **CASE NO. 1:23-CV-01212-ADA-DTG** |

**ORDER GRANTING-IN-PART AND DENYING-IN-PART PLAINTIFF'S EMERGENCY OPPOSED MOTION TO COMPEL (ECF NO. 287)**

Before the Court is Plaintiff Quantum Imaging LLC's Emergency Opposed Motion to Compel Source Code Relied On by Expert Report of Dr. Joseph J. Laviola Jr. or In the Alternative to Strike Relevant Portions of Expert Report (ECF No. 287). The Court heard oral argument on September 25, 2024. Having considered the briefing, exhibits, and arguments made at the September 25, 2024, motion hearing, the Court **GRANTS-IN-PART** the motion and **ORDERS** as follows:

- On or before September 28, 2024, Defendants shall produce to Plaintiff printouts of the source code identified in ECF No. 287-1, which Dr. Laviola relies on in paragraphs 187, 193, and 249 of his rebuttal expert report. The production shall be made in accordance with the terms of the Protective Order (ECF No. 123).
- Plaintiff may depose Dr. Laviola, in person, for up to one (1) hour. The subject matter of the deposition shall be limited to the above-referenced source code and the statements in paragraphs 187, 193, and 249 of Dr. Laviola's rebuttal expert report.

- After the deposition, if Plaintiff wishes to supplement its *Daubert* motions, it must file a motion requesting leave and attaching its proposed supplement to the motion.

The Court **DENIES** all other requested relief.

**SIGNED** this 25th day of September, 2024.

DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE