**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | |
|---|---|
| QUANTUM IMAGING LLC,<br><br>Plaintiff<br><br>v.<br><br>SONY INTERACTIVE ENTERTAINMENT INC.; SONY INTERACTIVE ENTERTAINMENT LLC; AND BLUEPOINT GAMES, INC.,<br><br>Defendants. | Civil Action No. 1:23-cv-01212-ADA-DTG |

## NOTICE OF IPR FINAL WRITTEN DECISIONS

Defendants Sony Interactive Entertainment Inc., Sony Interactive Entertainment LLC ("SIE LLC"), and Bluepoint Games, Inc. hereby advise the Court that on December 6 and 9, 2024, the Patent Trial and Appeal Board (the "Board") issued final written decisions in the instituted *inter partes* reviews of U.S. Patent Nos. 8,458,028 (IPR2023-00954), 10,846,941 (IPR2023-00995), and 10,991,165 (IPR2023-00996).

In IPR2023-00954, the Board held that SIE LLC has proven that claims 1, 3, 4, and 7-9 of the '028 patent are unpatentable and that SIE LLC has not proven that claims 5 and 6 of the '028 patent are unpatentable. The final written decision is attached hereto at Exhibit A.

In IPR2023-00995, the Board held that SIE LLC has not proven that claims 1, 3, 5, 7-12, and 23-26 of the '941 patent are unpatentable. The final written decision is attached hereto at Exhibit B.

In IPR2023-00996, the Board held that SIE LLC has not proven that claims 1-3, 5-8, 10-12, and 18 of the '165 patent are unpatentable. The final written decision is attached hereto at Exhibit C.

Dated: December 10, 2024

Respectfully submitted,

/s/ Brian C. Nash

Brian C. Nash (Texas Bar No. 24051103)
bnash@mofo.com
Regan J. Rundio (Texas Bar No. 24122087)
rrundio@mofo.com
Catherin J. Canby (Texas Bar No. 24136774)
ccanby@mofo.com
MORRISON & FOERSTER LLP
300 Colorado Street, Suite 1800
Austin, TX 78701
Telephone: (512) 617-0650
Facsimile:  (737) 910-0730

Daralyn J. Durie (admitted *pro hac vice*)
ddurie@mofo.com
Shaelyn K. Dawson (admitted *pro hac vice*)
shaelyndawson@mofo.com
Tannyr M. Pasvantis (admitted *pro hac vice*)
tpasvantis@mofo.com
Jack Lane (admitted *pro hac vice*)
jlane@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105-2482
Telephone: (415) 268-7000
Facsimile:  (415) 268-7522

Nicholas R. Fung (admitted *pro hac vice*)
nfung@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard, Suite 6000
Los Angeles, CA 90017-3543
Telephone: (213) 892-5200
Facsimile:  (213) 892-5454

Nomin-Erdene Jagdagdorj (*pro hac vice*)
njagdagdorj@mofo.com
MORRISON & FOERSTER LLP
2100 L Street, NW, Suite 900
Washington, DC 20037
Telephone: (202) 887-1500
Facsimile:  (202) 887-0763

*Attorneys for Defendants*

**<u>CERTIFICATE OF SERVICE</u>**

     I hereby certify that a true and correct copy of the foregoing document has been served

on all counsel of record via Court's CM/ECF system on this 10th day of December, 2024.


                              */s/ Brian C. Nash*
                              Brian C. Nash