# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| QUANTUM IMAGING, LLC, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL NO. A-23-CV-01212-ADA |
| SONY INTERACTIVE ENTERTAINMENT INC., SONY INTERACTIVE ENTERTAINMENT LLC, BLUEPOINT GAMES, INC., | § § § § § § § | |
| Defendants. | § § | |

## ORDER VACATING REFERRAL ORDER

The referral of this case to Magistrate Judge Derek T. Gilliland is hereby **VACATED**. The Clerk of the Court shall unrefer the above captioned case from Magistrate Judge Derek T. Gilliland.

**SIGNED** this 10th day of March, 2025.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE