**FILED**
July 21, 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: Christian Rodriguez
DEPUTY

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

**QUANTUM IMAGING, LLC,**

Plaintiff,

v.

**SONY INTERACTIVE ENTERTAINMENT INC., SONY INTERACTIVE ENTERTAINMENT LLC, AND BLUEPOINT GAMES, INC.,**

Defendants.

Civil Action No. 1:23-cv-01212-ADA

**FINAL JUDGMENT**

On January 12, 2026, the Court issued an order granting Defendants' Motion for Summary Judgment of Invalidity of the asserted claims of U.S. Patent Nos. 10,846,941 and 10,991,165 (ECF No. 385). On July 10, 2026, the Court issued an order denying Defendants' 12(b)(1) Motion to Dismiss for lack of standing (ECF No. 395). The Court hereby dismisses with prejudice all claims for direct or indirect infringement asserted with respect to U.S. Patent Nos. 10,255,724 and 8,458,028, pursuant to the parties' stipulations (ECF Nos. 238, 384). As no outstanding or unresolved claims remain, the Court renders final judgment pursuant to Federal Rule of Civil Procedure 58. All relief requested by Plaintiff is denied. All relief not expressly granted herein is denied. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

This is a **FINAL JUDGMENT**.

SO ORDERED July 21, 2026.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE